1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  G. MICHAEL BROWN, SBN 085997
   CANDICE S. TONG, SBN 269616
7  MUSICK, PEELER & GARRETT LLP
   650 Town Center Drive, Suite 1200
8  Costa Mesa, CA 92626
   Telephone: (714) 668-2422
9  Facsimile: (714) 668-2490

10 Attorneys for Defendant/Cross-Complainant
   BIG 5 CORP.
11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 TONY MARTINEZ,                    Case No. 2:11-cv-02608-MCE-EFB

16     Plaintiff,

17 v.                                JOINT STIPULATION FOR DISMISSAL
                                     OF DEFENDANT BIG 5 CORP. and
18 WATT-ELKHORN ASSOCIATES, LP, et   ORDER THEREON
   al.,
19
       Defendants.
20
   AND RELATED CROSS-ACTION.
21 _____/

22

23

24

25

26

27

28

1  TO THE COURT AND TO ALL PARTIES:

2  Plaintiff, TONY MARTINEZ, and defendant, BIG 5 CORP. dba BIG 5 SPORTING

3  GOODS #224, stipulate to and jointly request that this Court enter a dismissal with prejudice

4  of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as**

5  **to BIG 5 CORP. dba BIG 5 SPORTING GOODS #224** *only*.

6  Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims

7  against defendants other than defendant **BIG 5 CORP. dba BIG 5 SPORTING GOODS**

8  **#224**.

10  Dated: February 22, 2012              DISABLED ADVOCACY GROUP, APLC

12                                         /s/  Lynn Hubbard
13                                        LYNN HUBBARD III
                                          Attorney for Plaintiff Tony Martinez

15  Dated: February 22, 2012              MUSICK, PEELER & GARRETT LLP

17                                         /s/  Candice S. Tong
                                          CANDICE S. TONG
18                                        Attorney for Defendant Big 5 Corp.

19                                      **ORDER**

20  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-

21  02608-MCE-EFB, is hereby dismissed with prejudice as to defendant BIG 5 CORP. dba BIG

22  5 SPORTING GOODS #224.  The case will remain open as to the other defendants.

24  Dated:  February 27, 2012

25                                        _____
                                          MORRISON C. ENGLAND, JR.
26                                        UNITED STATES DISTRICT JUDGE