1 | LYNN HUBBARD III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
  | DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
  | Chico, CA 95926
  | Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff

6 | G. MICHAEL BROWN, SBN 085997
  | CANDICE S. TONG, SBN 269616
7 | MUSICK, PEELER & GARRETT LLP
  | 650 Town Center Drive, Suite 1200
8 | Costa Mesa, CA 92626
  | Telephone: (714) 668-2422
9 | Facsimile: (714) 668-2490

10 | Attorneys for Defendant/Cross-Complainant
   | BIG 5 CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY MARTINEZ, | Case No. 2:11-cv-02608-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT BIG 5 CORP. and ORDER THEREON |
| WATT-ELKHORN ASSOCIATES, LP, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

1   TO THE COURT AND TO ALL PARTIES:

2   Plaintiff, TONY MARTINEZ, and defendant, BIG 5 CORP. dba BIG 5 SPORTING
3   GOODS #224, stipulate to and jointly request that this Court enter a dismissal with prejudice
4   of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as
5   to BIG 5 CORP. dba BIG 5 SPORTING GOODS #224** *only*.

6   Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims
7   against defendants other than defendant **BIG 5 CORP. dba BIG 5 SPORTING GOODS
8   #224**.

10  Dated: February 22, 2012        DISABLED ADVOCACY GROUP, APLC

12                                   */s/  Lynn Hubbard*
13                                   LYNN HUBBARD III
                                     Attorney for Plaintiff Tony Martinez

15  Dated: February 22, 2012        MUSICK, PEELER & GARRETT LLP

17                                   */s/   Candice S. Tong*
                                     CANDICE S. TONG
18                                   Attorney for Defendant Big 5 Corp.

19  **ORDER**

20  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-
21  02608-MCE-EFB, is hereby dismissed with prejudice as to defendant BIG 5 CORP. dba BIG
22  5 SPORTING GOODS #224.  The case will remain open as to the other defendants.

24  Dated:  February 27, 2012

                                     _____
25                                   MORRISON C. ENGLAND, JR.
26                                   UNITED STATES DISTRICT JUDGE