**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2422
FACSIMILE 714-668-2490

G. Michael Brown (State Bar No. 085997)
*m.brown@mpglaw.com*
Dennis C. Kong (State Bar No. 236737)
*d.kong@mpglaw.com*
Candice S. Tong (State Bar No. 269616)
*c.tong@mpglaw.com*

Attorneys for Defendant/Cross-Complainant, BIG 5 CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>WATT-ELKHORN ASSOCIATES, LP; BIG 5 CORP. dba BIG 5 Sporting Goods #224; PNS Stores, Inc. dba Big Lots,<br><br>            Defendants. | CASE No. 2:11-CV-02608-MCE-EFB<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIM**<br><br>Action Filed:     October 4, 2011<br>Trial Date: |
| BIG 5 CORP.,<br><br>            Cross-Complainant.<br><br>      vs.<br><br>WATT-ELKHORN Center, a general partnership, aka WATT-ELKHORN ASSOCIATES, L.P., a California limited partnership, and ROES 1 through 50, Inclusive,<br><br>            Cross-Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal of Cross-Claim submitted by Cross-Claimant, BIG 5 CORP., and Cross-Defendant, WATT-ELKHORN Center, a general partnership, aka WATT-ELKHORN ASSOCIATES, L.P., a California limited partnership, dated October 28, 2011,

IT IS HEREBY ORDERED that BIG 5 CORP.'s Cross-Claim in the above-entitled action is dismissed *without prejudice*

**IT IS SO ORDERED.**

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE