1  KATHLEEN E. FINNERTY (SBN 157638)
   **FINNERTY LAW OFFICES, INC.**
2  1520 Eureka Road, Suite 101
   Roseville, CA 95661
3  Telephone:  (916) 781-3466
   kfinn@kfinnertylaw.com
4
   Attorneys for Defendants,
5  WATT ELKHORN ASSOCIATES, LP and
   PNS STORES, INC. dba BIG LOTS #04555
6

7                     **UNITED STATES DISTRICT COURT**

8               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9  TONY MARTINEZ,                          CASE NO: 2:11-CV-02608-MCE-EFB

10       Plaintiff,                        **STIPULATED DISMISSAL**
                                           **AND ORDER**
11  v.                                     **[FRCP 41(a)(1)**

12  WATT ELKHORN ASSC IATES, LP, BIG 5
    CORP dba BIG 5 SPORTING GOODS
13  #224; PNS STORES, INC. dba BIG LOTS
    #04555,
14
         Defendants.
15

16
         **IT IS HEREBY STIPULATED**, by and between Plaintiff, TONY MARTINEZ, and
17
    Defendants, WATT ELKHORN ASSOCITES, LP and PNS STORES, INC. dba BIG LOTS
18
    #04555, through their respective counsel, that this action be dismissed with prejudice pursuant
19
    to FRCP 41(a)(1).  Each party shall bear their own fees and costs.
20
    DATED:  May 21, 2011              **DISABLED ADVOCACY GROUP, APLC**
21

22                                    By:  /s/ Lynn Hubbard, III
                                          Lynn Hubbard, III
23                                        Attorney for Plaintiff
                                          TONY MARTINEZ
24
    DATED:  May 21, 2011              **FINNERTY LAW OFFICES, INC.**
25

26                                    By:  /s/ Kathleen E. Finnerty
27                                        Kathleen E. Finnerty
                                          Attorney for Defendants,
28                                        WATT ELKHORN ASSOCIATES,
                                          LP and PNS STORES, INC. dba
                                          BIG LOTS #04555

                                      1         Case No. 2:11-CV-02608-MCE-EFB

1

## PROPOSED ORDER

2

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety.

3

The parties shall bear their own fees and costs.   The Clerk is directed to close the file.

4

5

Dated:  May 25, 2012

6

_____

7

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28