KATHLEEN E. FINNERTY (SBN 157638)
**FINNERTY LAW OFFICES, INC.**
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone:  (916) 781-3466
kfinn@kfinnertylaw.com

Attorneys for Defendants,
WATT ELKHORN ASSOCIATES, LP and
PNS STORES, INC. dba BIG LOTS #04555

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>       Plaintiff,<br><br>v.<br><br>WATT ELKHORN ASSCIATES, LP, BIG 5 CORP dba BIG 5 SPORTING GOODS #224; PNS STORES, INC. dba BIG LOTS #04555,<br><br>       Defendants. | CASE NO: 2:11-CV-02608-MCE-EFB<br><br>**STIPULATED DISMISSAL AND ORDER**<br>**[FRCP 41(a)(1)]** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff, TONY MARTINEZ, and Defendants, WATT ELKHORN ASSOCITES, LP and PNS STORES, INC. dba BIG LOTS #04555, through their respective counsel, that this action be dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear their own fees and costs.

DATED:  May 21, 2011                **DISABLED ADVOCACY GROUP, APLC**


By: /s/ Lynn Hubbard, III
    Lynn Hubbard, III
    Attorney for Plaintiff
    TONY MARTINEZ

DATED:  May 21, 2011                **FINNERTY LAW OFFICES, INC.**


By: /s/ *Kathleen E. Finnerty*
    Kathleen E. Finnerty
    Attorney for Defendants,
    WATT ELKHORN ASSOCIATES,
    LP and PNS STORES, INC. dba
    BIG LOTS #04555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety. The parties shall bear their own fees and costs. The Clerk is directed to close the file.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE